AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| James P. Madura<br>*Plaintiff*<br>v.<br>Westinghouse Savannah River Company and<br>Westinghouse Savannah River Site Benefits<br>Plan/Administrator<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:08-3443-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: judgment is entered for the defendants, Westinghouse Savannah River Company and Westinghouse Savannah River Site Benefits Plan/Administrator, against plaintiff, James P. Madura, as a matter of law and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding. The Court having made its Findings of Fact and Conclusions of Law, as to Plaintiff's claims for wrongful denial of long term disability benefits.

Date:  December 11, 2009                                   *CLERK OF COURT*

                                                           s/Angie Snipes

                                                           *Signature of Clerk or Deputy Clerk*